# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mary S. Reid,

    Plaintiff(s),

vs.

John E. Potter,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-267

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/9/2007 Order.

Signed: November 9, 2007

_____
Frank G. Johns, Clerk
United States District Court